UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| ALBERTO ANDRADE, | 07-CV-01456-AKH |
| Plaintiff, | |
| - against - | **APPEARANCE** |
| | **ELECTRONICALLY FILED** |
| 4101 AUSTIN BLVD CORPORATION, *et al.*, | |
| Defendants. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York                DICKSTEIN SHAPIRO LLP
       January 18, 2008

                        By:      /s/ Judith R. Cohen
                        _____
                        Judith R. Cohen (JC-8614)
                        1177 Avenue of the Americas
                        New York, New York 10036
                        Phone: (212) 277-6500
                        Fax: (212) 277-6501

                        *Attorney for Defendant*
                        MERRILL LYNCH & CO., INC.

DOCSNY-287408