Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                          :

IN RE WORLD TRADE CENTER LOWER      :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :
                                                            :
                                                          :
                                                          :
                                                          :
                                                          :
----------------------------------------------------------------X

ALBERTO ANDRADE,                     :   07-CV-01456-AKH
                                              :
                      Plaintiff,   :   **NOTICE OF ADOPTION**
                                              :   **OF ANSWER**
   - against -                      :   **TO MASTER COMPLAINT**
                                              :   **BY MERRILL LYNCH**
4101 AUSTIN BLVD CORPORATION, *et al.*,  :
                                            :   **ELECTRONICALLY FILED**
                    Defendants.  :
----------------------------------------------------------------X

       PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill

Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption

(Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action,

hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was

filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21

MC 102 (AKH).

DOCSNY-287715

2

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated:  New York, New York            DICKSTEIN SHAPIRO LLP
        January 18, 2008

                    By:      /s/ Judith R. Cohen
                         _____
                         Robert J. Higgins (RH-6477)
                         Judith R. Cohen (JC-8614)
                         1177 Avenue of the Americas
                         New York, New York 10036
                         Phone: (212) 277-6500
                         Fax: (212) 277-6501

                         *Attorneys for Defendant*
                         MERRILL LYNCH & CO., INC.

DOCSNY-287715